IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:20-CV-00472-M

MID-ATLANTIC RESTAURANT CORP., )
*a North Carolina corporation*, )
                                                       )
       Plaintiff, )
                                                       )
   v. )
                                                       )
GUMBY 1105, INC., *a North Carolina* )
*corporation*, and J. DAVID HARRIS, *an* )
*individual*, )
                                                       )
      Defendants and Third-Party )
      Plaintiffs, )           **ORDER**
                                                       )
   vs. )
                                                       )
CARY KEISLER, INC., *a North Carolina* )
*corporation*; S.C.N.B. REAL ESTATE )
SERVICES, LLC, *a North Carolina* )
*limited liability company*; GREGORY )
MOORE, *an individual*; JUNIUS MOORE, )
*an individual*, and JOHN DOES 1-10, )
                                                       )
      Third-Party Defendants. )

      This matter is before the court on the parties' Joint Motion to File Renewed Motions and for Entry of Briefing Schedule [DE-51]. For the reasons stated and for good cause shown, the motion is hereby GRANTED. The court adopts the following proposed schedule for briefing the renewed motions.

      1. Counterclaimants filed their Renewed Motion for Preliminary Injunction [DE-47; formerly DE-19]; and Renewed Motion for Expedited Discovery [DE-49; formerly DE-38] on October 30, 2020.

2. The following deadlines are hereby set for the Parties briefing of the Renewed Motions referenced in Paragraph 1.

    a. **November 9, 2020**: Deadline for Mid-Atlantic's and Third-Party Defendants' Opposition to Renewed Motion for Expedited Discovery;

    b. **November 9, 2020**: Deadline for Mid-Atlantic's and Third-Party Defendants' Opposition to Counterclaimants' Renewed Motion for Preliminary Injunction; and

    c. **November 16, 2020**: Deadline for Counterclaimants' Reply in Support of Renewed Motion for Preliminary Injunction.

SO ORDERED this 4th day of November, 2020.

RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE